DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENT SECURITY OF PALM BEACH, INC.,** a Florida corporation,
Appellant,

v.

**CVE MASTER MANAGEMENT COMPANY, INC.,** a Florida corporation,
Appellee.

No. 4D17-3732

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE15-011992 (12).

Frank H. Henry of BlueRock Legal, P.A., Miami, for appellant.

Sheena A. Thakrar and Howard S. Marks of Burr & Forman LLP, Orlando, and Andrew Winston of Winston Law Firm, Davie, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***